NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PAUL ROYSTER, DOC #C07088,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2050
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.140(b)(1)(D) from the Circuit Court for
Manatee County; Edward Nicholas, Judge.


PER CURIAM.


Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.